

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00152-CR

———————————————

CASEY HALL, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. F25-1425-362

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The trial court clerk responsible for preparing the record in this appeal informed this court that arrangements had not been made to pay for the clerk's record. On July 15, 2025, we notified the retained attorney for Appellant Casey Hall that we would dismiss this appeal if no arrangements were made to pay for the clerk's record. On July 29, 2025, we sent another notice to Appellant's retained attorney; we cautioned that, unless by August 8, 2025, Appellant arranged to pay for the clerk's record and provided this court with proof of payment, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b). We have not received any proof of payment, and the trial court clerk has notified us that as of August 8, 2025, no payment arrangements had been made.

Unless an appellant is entitled to proceed without payment of costs, the appellate court may dismiss the appeal for want of prosecution when a trial court clerk does not file the clerk's record due to the appellant's failure to pay or arrange to pay for the record. *Id.* Nothing filed with this court in this case indicates that Appellant is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2; Tex. R. Civ. P. 145. Accordingly, because Appellant has not paid or arranged to pay for the clerk's record, we dismiss Appellant's appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  August 21, 2025